# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13690-AMC

SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SHANNELL N BRANT

    415 ELM STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    JAMES WILLIAM ZERILLO ESQUIRE
    937 N HANOVER ST

    POTTSTOWN, PA 19464

                                                /S/ William C. Miller

Date: 3/1/2018                                       _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee