```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                           Case No. 17-13690-amc
Shannell N Brant                                                 Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2        User: JEGilmore              Page 1 of 2              Date Rcvd: May 18, 2018
                            Form ID: 152                 Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db             +Shannell N Brant,    415 Elm Street,    Pottstown, PA 19464-6902
13924858        Accounts Recovery Bureau, Inc.,    P.O. Box 70256,    Philadelphia, PA 19176-0256
13924863        CU Members Mortgage, Colonial Savings,    P.O. Box 2888,    Fort Worth, TX 76113
13924859        Capital One - Kohl's,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13968604        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13924860       +Central Credit Services LLC,    P.O. Box 1850,    Formerly Integrity Solution Services,
                 St. Charles, MO 63302-1850
13924862        Credit First - Firestone,    P.O. Box 140990,    Nashville, TN 37214-0990
13924864        Diamond Credit Union Master Card,    P.O. Box 37603,    Philadelphia, PA 19101-0603
13924866        Grange Insurance Company,    P.O. Box 740604,    Cincinnati, OH 45274-0604
13924867      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen & Associates, Inc.,     P.O. Box 519,
                 Sauk Rapids, MN 56379)
13924868       +Kim Law Group, P.C.,    701 Market Street, Suite 5000,    Jennifer Lynn Frechie,
                 Philadelphia, PA 19106-1541
13953426       +POTTSTOWN CLINIC COMPANY LLC,    PO BOX 188,    BRENTWOOD, TN 37024-0188
13924870        Patient First,    500 Cox Road,    Glen Allen, VA 23060
13924871        Reading Health System,    P.O. Box 16052,    Reading, PA 19612-6052
13928955       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
13924875        US Department of Housing and Urban Devel,    451 7th St SW,    Washington, DC 20410-0001
13924876        Woman Within,    P.O. Box 659728 Comenity / Woman Within,    San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 19 2018 01:59:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2018 01:58:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13989788       +E-mail/Text: bankruptcydesk@colonialsavings.com May 19 2018 01:58:50     CU Members Mortgage,
                 c/o Colonial Savings, F.A.,    2626 West Freeway,    Fort Worth, TX 76102-7109
13924861       +E-mail/Text: kzoepfel@credit-control.com May 19 2018 01:58:42     Credit Control, LLC,
                 5757 Phantom Drive, Suite 330,    Hazelwood, MO 63042-2429
13924869       +E-mail/Text: bknotices@mbandw.com May 19 2018 01:58:50     McCarthy, Burgess, And Wolff,
                 26000 Cannon Road,    Cleveland, OH 44146-1807
13948496       +E-mail/Text: colleen.atkinson@rmscollect.com May 19 2018 01:59:21
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
13958354        E-mail/Text: bnc-quantum@quantum3group.com May 19 2018 01:58:14
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13924872        E-mail/Text: colleen.atkinson@rmscollect.com May 19 2018 01:59:21
                 Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13924873        E-mail/PDF: cbp@onemainfinancial.com May 19 2018 01:59:33     Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731-3251
13924874       +E-mail/Text: bankruptcydepartment@tsico.com May 19 2018 01:59:18     Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13924878*       Accounts Recovery Bureau, Inc.,    P.O. Box 70256,    Philadelphia, PA 19176-0256
13924883*       CU Members Mortgage, Colonial Savings,    P.O. Box 2888,    Fort Worth, TX 76113
13924879*       Capital One - Kohl's,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13924880*      +Central Credit Services LLC,    P.O. Box 1850,    Formerly Integrity Solution Services,
                 St. Charles, MO 63302-1850
13924881*      +Credit Control, LLC,    5757 Phantom Drive, Suite 330,    Hazelwood, MO 63042-2429
13924882*       Credit First - Firestone,    P.O. Box 140990,    Nashville, TN 37214-0990
13924884*       Diamond Credit Union Master Card,    P.O. Box 37603,    Philadelphia, PA 19101-0603
13924885*      +Exeter Ambulance Association,    30 Fairlane Road,    Reading, PA 19606-9563
13924886*       Grange Insurance Company,    P.O. Box 740604,    Cincinnati, OH 45274-0604
13924887*     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen & Associates, Inc.,     P.O. Box 519,
                 Sauk Rapids, MN 56379)
13924888*      +Kim Law Group, P.C.,    701 Market Street, Suite 5000,    Jennifer Lynn Frechie,
                 Philadelphia, PA 19106-1541
13924889*      +McCarthy, Burgess, And Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
13924890*       Patient First,    500 Cox Road,    Glen Allen, VA 23060
13924891*       Reading Health System,    P.O. Box 16052,    Reading, PA 19612-6052
13924892*       Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13924893*     ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
               (address filed with court: Springleaf Financial Services,     PO Box 3251,
                 Evansville, IN 47731-3251)
13924894*      +Transworld Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: May 18, 2018
                               Form ID: 152                 Total Noticed: 28

            ***** BYPASSED RECIPIENTS (continued) *****
13924895*         US Department of Housing and Urban Devel,    451 7th St SW,    Washington, DC  20410-0001
13924896*         Woman Within,    P.O. Box 659728 Comenity / Woman Within,    San Antonio, TX  78265-9728
13924865      ##+Exeter Ambulance Association,    30 Fairlane Road,    Reading, PA 19606-9563
                                                                                         TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES W. ZERILLO    on behalf of Debtor Shannell N Brant jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL
               SAVINGS, F.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
               F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shannell N Brant
    Debtor(s)

Case No: 17–13690–amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/26/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court