UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Shannell N. Brant
Bankruptcy No. 17-13690AMC
Adversary No.
Chapter       13

Date:   June 26, 2018

To:       James Zerillo, Esq.

## NOTICE OF INACCURATE FILING

Re: Amended Chapter 13 Plan (docket #43)

The above pleading was filed in this office on **6/25/18**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and/or case number (is) are missing
- ( )   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- **(x)**   Electronic Signature missing
- ( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Randi Janoff**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04