**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 17-13690-AMC

SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

JAMES WILLIAM ZERILLO ESQUIRE
937 N HANOVER ST

POTTSTOWN, PA 19464

                                               /S/ William C. Miller

Date: 1/6/2020                         _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee