**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> SHANNELL N BRANT | Chapter 13 |
| Debtor | Bankruptcy No. 17-13690-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 18, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES WILLIAM ZERILLO ESQUIRE
937 N HANOVER ST

POTTSTOWN, PA 19464

Debtor:
SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464